248 U. S.    Decisions on Petitions for Writs of Certiorari.

Fifth Circuit denied. *Mr. John D. Grace* and *Mr. Frederick S. Tyler* for petitioner. No appearance for respondents.

---

No. 555. JESSIE G. DARROW *v.* POSTAL TELEGRAPH-CABLE COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank W. Hackett* and *Mr. Paul J. Sherwood* for petitioner. *Mr. Henry A. Knapp* for respondent.

---

No. 557. CHARLES W. MAYER *v.* A. AND H. G. MUTSCHLER ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin Clark, Mr. Eugene L. Dominick* and *Mr. John F. Ryan* for petitioner. *Mr. G. Willard Rich* for respondents.

---

No. 562. NEWTON MIDKIFF *v.* SABIN W. COLTON, JR., ET AL., TRUSTEES, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Maynard F. Stiles* for petitioner. No appearance for respondents.

---

No. 570. HARLEY-DAVIDSON MOTOR COMPANY ET AL. *v.* FREDERICK S. ELLETT ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. E. Hayward Fairbanks* and *Mr. William S. Hodges* for petitioners. *Mr. Charles L. Sturtevant* and *Mr. Archibald Cox* for respondents.